

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

WILLIAM D. ABRAHAM, §        No. 08-22-00079-CV

Appellant, §        Appeal from the

v. §        243rd District Court

RON ACTON, DEBBIE ACTON, AARK §        of El Paso County, Texas
INVESTMENTS LP, FEDERICO
FERNANDEZ AND CAROL §        (TC# 2016DCV2081)
FERNANDEZ,
§

Appellees.
§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 9, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stephen G. Peters, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 9, 2022.

IT IS SO ORDERED this 13th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.